CAROLYN S. WALL
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036-6524
Telephone:     (212) 326-2000
Facsimile:     (212) 326-2061

Attorney for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERIFY SMART CORP.,<br><br>           Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>           Defendants. | Civil Action No. 14-5117 (KSH) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Carolyn S. Wall of the law firm O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036, hereby enters her appearance as counsel for Defendant Bank of America, National Association, in the above-captioned matter.

Dated:  September 16, 2014
New York, New York

Respectfully submitted,

*/s/ Carolyn S. Wall*
Carolyn S. Wall
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York  10036-6524
Ph: (212) 326-2000
Fx: (212) 326-2061
cwall@omm.com
*Attorney for Defendant*

CAROLYN S. WALL
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036-6524
Telephone:     (212) 326-2000
Facsimile:      (212) 326-2061

Attorney for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERIFY SMART CORP.,<br><br>   Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>   Defendants. | Civil Action No. 14-5117 (KSH) |

## CERTIFICATE OF SERVICE

   The undersigned, an attorney, certifies that, on this 15th day of September, 2014, a copy of the foregoing *Notice of Appearance* was filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 16, 2014
New York, New York

            Respectfully submitted,

            */s/ Carolyn S. Wall*
            Carolyn S. Wall
            O'Melveny & Myers LLP
            Times Square Tower
            7 Times Square
            New York, New York  10036-6524
            Ph: (212) 326-2000
            Fx: (212) 326-2061
            cwall@omm.com
            *Attorney for Defendant*