CAROLYN S. WALL
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036-6524
Telephone:     (212) 326-2000
Facsimile:     (212) 326-2061

Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERIFY SMART CORP.,<br><br>            Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>            Defendants. | Civil Action No. 14-5117 (KSH) |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Bank of America, National Association ("BANA"), by and through its undersigned counsel, hereby certifies that BANA is a wholly-owned subsidiary of Bank of America Corporation.  Bank of America Corporation is a publicly held corporation whose shares are traded on the New York Stock Exchange.  It has no parent corporation, and no publicly held corporation owns 10% or more of Bank of America Corporation's shares.

-2-

| | |
|---|---|
| Dated: September 16, 2014<br>New York, New York | Respectfully submitted,<br><br>*/s/ Carolyn S. Wall*<br>Carolyn S. Wall<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York  10036-6524<br>Ph: (212) 326-2000<br>Fx: (212) 326-2061<br>cwall@omm.com<br>*Attorney for Defendant* |