CAROLYN S. WALL
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036-6524
Telephone:     (212) 326-2000
Facsimile:     (212) 326-2061

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERIFY SMART CORP.,<br><br>         Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>         Defendants. | Civil Action No. 14-5117 (KSH) |

### STIPULATION AND PROPOSED ORDER
### TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Bank of America, National Association ("BANA") and Plaintiff Verify Smart Corp. ("Verify") enter into this Stipulation to extend BANA's time to respond to Verify's complaint.

On August 14, 2014, Verify filed a Complaint, and on September 3, 2014, Verify served that Complaint on BANA, setting the time for BANA to move, answer, or otherwise respond to the Complaint by September 24, 2014.

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective counsel, that the deadline for Defendant BANA to respond to Verify's Complaint is extended to

-2-

October 24, 2014.  No previous extension has been requested or obtained.

**STIPULATED BY AND BETWEEN:**

<u>/s/ Jean-Marc Zimmerman</u>  
Zimmerman, Weiser & Paray LLP  
226 St. Paul Street  
Westfield, New Jersey 07090  
Ph: (908) 654-8000  
Fx: (908) 654-7207  
jmz@zwpllp.com

*Attorney for Plaintiff*

<u>/s/ Carolyn S. Wall</u>  
Carolyn S. Wall  
O'Melveny & Myers LLP  
Times Square Tower  
7 Times Square  
New York, New York  10036-6524  
Ph: (212) 326-2000  
Fx: (212) 326-2061  
cwall@omm.com

*Attorney for Defendant*

Dated:  September 16, 2014

**SO ORDERED:**

September ___, 2014                    _____  
                                        Honorable Katherine S. Hayden