CAROLYN S. WALL
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036-6524
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061

Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERIFY SMART CORP., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION, <br><br> Defendants. | Civil Action No. 14-5117 (KSH) |

**STIPULATION AND PROPOSED ORDER
TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant Bank of America, National Association ("BANA") and Plaintiff Verify Smart Corp. ("Verify") enter into this Stipulation to extend BANA's time to respond to Verify's complaint.

On August 14, 2014, Verify filed a Complaint, and on September 3, 2014, Verify served that Complaint on BANA, setting the time for BANA to move, answer, or otherwise respond to the Complaint by September 24, 2014.

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective counsel, that the deadline for Defendant BANA to respond to Verify's Complaint is extended to

October 24, 2014. No previous extension has been requested or obtained.

### STIPULATED BY AND BETWEEN:

/s/ *Jean-Marc Zimmerman*
Zimmerman, Weiser & Paray LLP
226 St. Paul Street
Westfield, New Jersey 07090
Ph: (908) 654-8000
Fx: (908) 654-7207
jmz@zwpllp.com

*Attorney for Plaintiff*

/s/ *Carolyn S. Wall*
Carolyn S. Wall
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York  10036-6524
Ph: (212) 326-2000
Fx: (212) 326-2061
cwall@omm.com

*Attorney for Defendant*

Dated: September 16, 2014

### SO ORDERED:

September 17, 2014

_____
Cathy L. Waldor, U.S.M.J