UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERIFY SMART CORP.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>　　　　　Defendant. | Civil No.: 14-5117 (KSH) (CLW)<br><br>**Order** |

**THIS MATTER** having come before the Court upon the motion of defendant Bank of America, N.A., for entry of an order pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6) dismissing plaintiff's complaint [D.E. 13], and the Court having considered the submissions of the parties and oral argument, if any, for good cause shown, and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 30th day of June, 2015, hereby

**ORDERED** that defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) is granted without prejudice; and it is further

**ORDERED** that defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is denied as moot.

　　　　　　　　　　　　　　　　　　　　　/s/Katharine S. Hayden
　　　　　　　　　　　　　　　　　　　　　Katharine S. Hayden, U.S.D.J.